## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | 8:05CR32 |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | ORDER |
| ) | |
| KRISTINA VOIEN,        ) | |
| ) | |
| Defendant.        ) | |

The records of the court show that on April 18, 2005, a letter (Filing No. 29 ) was sent to Gregory A. Pivovar from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").  As of May 10, 2005, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED**:

**On or before May 24, 2005**, Attorney Gregory A. Pivovar is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 10th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge