# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR32** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **KRISTINA VOIEN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the sentencing hearing (Filing No. 74).

IT IS ORDERED that the Defendant's motion to continue the sentencing hearing (Filing No. 74) is denied.

DATED this 6th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge