PS 42
(Rev 07/93)

# United States District Court
District of Nebraska

District of Nebraska

United States of America    )
                            )
    vs                      )
                            )
Kristina Voien               )        Case No. 8:05CR32-02

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kristina Voien, have discussed with Fred A. Samway, Pretrial Services Officer, modification of my release as follows:

7 (k)   The defendant shall reside at 9229 Bayberry Road; LaVista, Nebraska (tel 402-339-5214) at all times.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-17-05  _____  11/17/05
Signature of Defendant    Date      Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  11/18/05
Signature of Defense Counsel    Date

[X]  The above modification of conditions of release is ordered, to be effective on 11/18/05

[ ]  The above modification of conditions of release is not ordered.

_____  11/18/05
Signature of Judicial Officer    Date